**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO. 4:24-cr-098** |
| **WILLIAM JOHNSON ET AL.** ) | |

**ORDER GRANTING GOVERNMENT'S MOTION**
**TO DECLARE CASE COMPLEX**

This matter came before the Court by Motion of the Government. For good cause shown, the Court hereby files this written Order granting the Government's Motion to declare this case complex.

Title 18, United States Code, Section 3161 sets forth general timelines declaring when federal criminal cases should proceed to trial. *See e.g.*, 18 U.S.C. § 3161(c)(1). The same statute also sets forth exceptions to the general timelines; and allows additional time in complex cases if the Court grants the additional time "on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* at § 3161(h)(7)(A). When additional time is granted, a Court must set forth the reasons for the additional time. This Court hereby does so in writing with this document.

The Court finds this case to be complex for the following reasons:

a. The case involves 10 Defendants.

b. The case involves multiple jurisdictions.

    c.      The case involves a conspiracy that started in at least as early as April 2023 and continued until the return of the Indictment in October 2024.

    d.      The case involves substantial amounts of evidence and discovery, to include various federally authorized wiretaps, financial documents, recordings, phone extractions and data.

Because this Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established in Title 18, United States Code, § 3161, this Court grants the government's motion to declare the case complex. The speedy trial clock is tolled due to the complexity of this case so the parties may adequately and thoroughly represent their respective clients.

SO ORDERED this 21st day of November 2024.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia